UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARON JONES,

    Plaintiff,

v.

GRANT SAGE,

    Defendant.

_____/

Case No. 1:15-cv-360

HONORABLE PAUL L. MALONEY

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a motion for summary judgment. The matter was referred to Magistrate Judge Phillip J. Green, who issued a Report and Recommendation on August 31, 2017, recommending that this Court grant the motion and enter judgment in favor of Defendant. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 47) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 45) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: September 29, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge