UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARON JONES,

       Plaintiff,

                                     Case No. 1:15-cv-360

v.

                                     HONORABLE PAUL L. MALONEY

GRANT SAGE,

       Defendant.

_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against

Plaintiff.

Dated:  September 29, 2017                /s/ Paul L. Maloney_____
                                          Paul L. Maloney
                                        United States District Judge